PEOPLE ex rel. SAN FRANCISCO GAS COMPANY, Respondent, v. BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO, Appellant.

### No. 2226; November 17, 1858.

**Mandamus—Direction to Audit Claims.—**A court's mandate to the board of supervisors of a county directing it to proceed to audit certain claims is not to be taken as directing an audit that must be favorable to the petitioner.

Mandamus. San Francisco County.

Haight & Williams, for respondent; F. P. Tracy for appellant.

BALDWIN, J.—In this case we understand the mandamus merely to direct that the supervisors shall proceed to audit the claims of the relator in this proceeding. This does not necessarily require of the board to allow the account. They have a discretion in respect to their action in this regard, and though they are compelled to proceed to act on the subject matter of the claim, yet the mandamus does not control or prescribe the mode or determine the result of their action.

The judgment is affirmed.

I concur: Terry, C. J.